NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-5086, -5087

LUMBERMENS MUTUAL CASUALTY COMPANY,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 04-CV-1255, Senior Judge Robert H. Hodges, Jr.

ON MOTION

ORDER

Lumbermens Mutual Casualty Company moves to withdraw its motion to dismiss. The United States moves for a 30-day extension of time, until May 26, 2010, to file its opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion to withdraw is granted.

(2)   The motion for an extension of time is granted.

FOR THE COURT

APR 2 9 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Matthew C. Hoyer, Esq.
      Donald E. Kinner, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 9 2010

JAN HORBALY
CLERK